```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 03 B 51420
   BENJAMIN FERNANDEZ
   BLANCA FERNANDEZ                          CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-7805    SSN XXX-XX-0464

--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 12/23/2003 and was confirmed 03/22/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was paid in full 03/07/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT   INTEREST     PRINCIPAL
                                                          PAID         PAID
--------------------------------------------------------------------------
ABN AMRO                   CURRENT MORTG         .00        .00           .00
ECAST SETTLEMENT CORP      UNSECURED         2676.63        .00       2676.63
MONOGRAM CREDIT CARD OF    UNSECURED       NOT FILED        .00           .00
BANK ONE                   SECURED           4472.74      90.64       4472.74
VALUE CITY                 SECURED           1200.00      27.44       1200.00
VALUE CITY                 UNSECURED       NOT FILED        .00           .00
INTERNAL REVENUE SERVICE   PRIORITY          2983.87        .00       2983.87
AMERICAN EXPRESS TRAVEL    UNSECURED          349.82        .00        349.82
AMERICAN EXPRESS           NOTICE ONLY     NOT FILED        .00           .00
AMERICAN EXPRESS TRAVEL    UNSECURED             .00        .00           .00
AMERICAN EXPRESS           NOTICE ONLY     NOT FILED        .00           .00
CAPITAL ONE BANK           UNSECURED         4361.44        .00       4361.44
CAPITAL ONE BANK           UNSECURED       NOT FILED        .00           .00
CAPITAL ONE BANK           UNSECURED         1535.97        .00       1535.97
CITI CARDS                 UNSECURED          659.02        .00        659.02
CITIBANK                   UNSECURED       NOT FILED        .00           .00
ECAST SETTLEMENT CORP      UNSECURED        16235.26        .00      16235.26
ECAST SETTLEMENT CORP      UNSECURED         3045.51        .00       3045.51
J C PENNEY                 UNSECURED       NOT FILED        .00           .00
AAA COLLECTIONS INC        NOTICE ONLY     NOT FILED        .00           .00
KOHLS                      UNSECURED         1295.07        .00       1295.07
PIER 1 IMPORTS             UNSECURED          788.33        .00        788.33
GECC/HOME DEPOT            UNSECURED       NOT FILED        .00           .00
SHERMAN ACQUISITION LLC    UNSECURED         3572.94        .00       3572.94
SHERMAN ACQUISITION LLC    UNSECURED          659.02        .00        659.02
WELLS FARGO FINANCIAL IL   SECURED           2069.00      52.57       2069.00
WELLS FARGO FINANCIAL IL   UNSECURED         1440.02        .00       1440.02
INTERNAL REVENUE SERVICE   UNSECURED           20.76        .00         20.76
INTERNAL REVENUE SERVICE   NOTICE ONLY     NOT FILED        .00           .00
STUART B HANDELMAN         DEBTOR ATTY          .00                       .00
TOM VAUGHN                 TRUSTEE                                   2,787.95
DEBTOR REFUND              REFUND                                         .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 03 B 51420 BENJAMIN FERNANDEZ & BLANCA FERNANDEZ
```

```
       Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                50,324.00

PRIORITY                                      2,983.87
SECURED                                       7,741.74
    INTEREST                                    170.65
UNSECURED                                    36,639.79
ADMINISTRATIVE                                     .00
TRUSTEE COMPENSATION                          2,787.95
DEBTOR REFUND                                      .00
                       --------------       --------------
TOTALS                 50,324.00             50,324.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
     Dated: 06/26/08               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE




                            PAGE   2
         CASE NO. 03 B 51420 BENJAMIN FERNANDEZ & BLANCA FERNANDEZ